UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 17-74291-las |
| | CHAPTER: 7 |
| Shazia P. Rizwan | |
| | HON. JUDGE.: |
| Debtor(s) | LOUIS A. SCARCELLA |
| | HEARING DATE: |
| | OCTOBER 19, 2017 @ 10:00 AM |

---------------------------------------------------------------------X

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE**, that upon the application of Fay Servicing LLC as servicer for U.S. ROF II Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee, the undersigned shall move this Court for an Order, pursuant to 11 U.S.C. 362(d)(1), vacating the automatic stay to permit movant, its successors and/or assigns, to enforce its mortgage on the Debtor's premises located 15 Yellow Top Lane, Smithtown, New York 11787 a/k/a 17763 and for such other and further relief as is just and proper.

This motion shall be heard at the United States Bankruptcy Court, Eastern District, 290 Federal Plaza, Central Islip, NY 11722 on October 19, 2017 at 10;00 am or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE, that answering affidavits, if any, must be served so as to be received not later than seven (7) days before the return date of this motion.

Dated: New York, NY
      August 30, 2017

                                    By: /s/ Adam J. Friedman
                                    Adam J. Friedman, Esq.
                                    FRIEDMAN VARTOLO LLP
                                    Attorneys for Fay Servicing LLC as servicer
                                    for U.S. ROF II Legal Title Trust 2015-1, by

U.S. Bank National Association, as Legal Title Trustee
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

To:

Shazia P. Rizwan
15 Yellow Top Lane
Smithtown, NY 11787
***Debtor***

Michael J Macco
Macco & Stern LLP
2950 Express Drive South
Suite 109
Islandia, NY 11749
***Debtor's Attorney***

Marc A Pergament
Weinberg Gross & Pergament
400 Garden City Plaza
Suite 403
Garden City, NY 11530
***Trustee***

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
***U.S. Trustee***