EXHIBIT D

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:                                                     CASE No.____17-74291-las____


Shazia P. Rizwan                                           CHAPTER__7__


                          Debtor(s).
----------------------------------------------------------------X


RELIEF FROM STAY – REAL ESTATE AND
COOPERATIVE APARTMENTS

BACKGROUND INFORMATION

1. ADDRESS OF REAL PROPERTY OR COOPERATIVE APARTMENT:

15 Yellow Top Lane
Smithtown, New York 11787 a/k/a 17763


2. LENDER NAME:

Fay Servicing LLC as servicer for U.S. ROF II Legal Title Trust 2015-1, by
U.S. Bank National Association, as Legal Title Trustee

3. MORTGAGE DATE:

July 13, 2007

4. POST-PETITION PAYMENT ADDRESS:

Fay Servicing, LLC
3000 Kellway Drive, Ste 150
Carrollton, TX 75006


DEBT AND VALUE REPRESENTATIONS

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AS OF THE
MOTION FILING DATE: $ 943,560.66
*(THIS MAY NOT BE RELIED UPON AS A "PAYOFF" QUOTATION.)*

6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY OR COOPERATIVE APARTMENT
AS OF THE MOTION FILING DATE: $ 799,000.00

7. SOURCE OF ESTIMATED MARKET VALUE: Broker's Price Opinion (conducted 03/30/2017)

## STATUS OF THE DEBT AS OF THE PETITION DATE

8. DEBTOR(S)'S INDEBTEDNESS TO MOVANT AS OF THE PETITION DATE:

| | | |
|---|---|---|
| A. TOTAL: | $ | 943,560.66 |
| B. PRINCIPAL: | $ | 667,549.22 |
| C. INTEREST: | $ | 180,252.49 |
| D. ESCROW (TAXES AND INSURANCE): | $ | 88,345.55 |
| E. FORCED PLACED INSURANCE EXPENDED BY MOVANT: | $ | 0.00 |
| F. PRE-PETITION ATTORNEYS' FEES CHARGED TO DEBTOR(S): | $ | 0.00 |
| G. PRE-PETITION LATE FEES CHARGED TO DEBTOR(S): | $ | 0.00 |

9. CONTRACT INTEREST RATE: ___6.375%_____
*(IF THE INTEREST RATE HAS CHANGED, LIST THE RATE(S) AND DATE(S) THAT EACH RATE WAS IN EFFECT ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE: ____.)*

10. OTHER PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR(S)'S ACCOUNT AND NOT LISTED ABOVE:

Recoverable Balance - $7,413.40

*(IF ADDITIONAL SPACE IS REQUIRED, LIST THE AMOUNT(S) ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE: _____.)*

## AMOUNT OF POST-PETITION DEFAULT AS OF THE MOTION FILING DATE

11. DATE OF RECEIPT OF LAST PAYMENT: 06/01/2013

12. NUMBER OF PAYMENTS DUE FROM PETITION DATE TO MOTION FILING DATE: ___1___ PAYMENTS.

13. POST-PETITION PAYMENTS IN DEFAULT:

| PAYMENT DUE DATE | AMOUNT DUE | AMOUNT RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED |
|---|---|---|---|---|---|---|
| 08/01/2017 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL: | $ | $ | $ | $ | $ | $ |

14. OTHER POST-PETITION FEES CHARGED TO DEBTOR(S):

  A. TOTAL:                 $   931.00

  B. ATTORNEYS' FEES IN CONNECTION WITH THIS MOTION:   $   750.00

  C. FILING FEE IN CONNECTION WITH THIS MOTION:   $   181.00

  D. OTHER POST-PETITION ATTORNEYS' FEES:   $

  E. POST-PETITION INSPECTION FEES:   $

  F. POST-PETITION APPRAISAL/BROKER'S PRICE OPINION FEES $

  G. FORCED PLACED INSURANCE EXPENDED BY MOVANT:   $

15. AMOUNT HELD IN SUSPENSE BY MOVANT:   $

16. OTHER POST-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR(S)'S ACCOUNT AND NOT LISTED ABOVE:

*(IF ADDITIONAL SPACE IS REQUIRED, LIST THE AMOUNT(S) ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE: _____.)*

## REQUIRED ATTACHMENTS TO MOTION

PLEASE ATTACH THE FOLLOWING DOCUMENTS TO THIS MOTION AND INDICATE THE EXHIBIT NUMBER ASSOCIATED WITH EACH DOCUMENT.

(1)     COPIES OF DOCUMENTS THAT ESTABLISH MOVANT'S INTEREST IN THE SUBJECT PROPERTY. FOR PURPOSES OF EXAMPLE ONLY, THIS MAY BE A COMPLETE AND LEGIBLE COPY OF THE PROMISSORY NOTE OR OTHER DEBT INSTRUMENT TOGETHER WITH A COMPLETE AND LEGIBLE COPY OF THE MORTGAGE AND ANY ASSIGNMENTS IN THE CHAIN FROM THE ORIGINAL MORTGAGEE TO THE CURRENT MOVING PARTY. (EXHIBIT A,B,C .)

(2)     COPIES OF DOCUMENTS THAT ESTABLISH MOVANT'S STANDING TO BRING THIS MOTION. (EXHIBIT A,B,C.)

(3)     COPIES OF DOCUMENTS THAT ESTABLISH THAT MOVANT'S INTEREST IN THE REAL PROPERTY OR COOPERATIVE APARTMENT WAS PERFECTED. FOR THE PURPOSES OF EXAMPLE ONLY, THIS MAY BE A COMPLETE AND LEGIBLE COPY OF THE FINANCING STATEMENT (UCC-1) FILED WITH THE CLERK'S OFFICE OR THE REGISTER OF THE COUNTY IN WHICH THE PROPERTY OR COOPERATIVE APARTMENT IS LOCATED. (EXHIBIT A,B,C.)

## DECLARATION AS TO BUSINESS RECORDS

I, _Lisa L Johnson_, THE _AVP Bankruptcy_ OF _Fay Servicing, LLC as servicer_ THE MOVANT HEREIN, DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS FORM AND ANY EXHIBITS ATTACHED HERETO (OTHER THAN THE TRANSACTIONAL DOCUMENTS ATTACHED AS REQUIRED BY PARAGRAPHS 1 ,2, AND 3, ABOVE) IS DERIVED FROM RECORDS THAT WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS; THAT THE RECORDS WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND THAT THE RECORDS WERE MADE IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER DECLARE THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS FORM AS REQUIRED BY PARAGRAPHS 1, 2, AND 3, ABOVE, ARE TRUE AND CORRECT COPIES OF THE ORIGINAL DOCUMENTS.

EXECUTED AT _Tampa Florida_
ON THIS _22_ DAY OF _September_, 20 _17_

NAME: _Lisa L Johnson_
TITLE: _AVP. Bankruptcy_
MOVANT: _Fay Servicing LLC as servicer_
STREET ADDRESS: _8001 Woodland Center Blvd._
CITY, STATE AND ZIP CODE: _Tampa, FL 33614_

## DECLARATION

I, _Lisa L Johnson_, THE _AVP, Bankruptcy_ OF _Fay Servicing LLC as servicer_ THE MOVANT HEREIN, DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS RECORDS.

EXECUTED AT _Tampa Florida_
ON THIS _22_ DAY OF _September_, 20 _17_

NAME: _Lisa L Johnson_
TITLE: _AVP. Bankruptcy_
MOVANT: _Fay Servicing LLC as servicer_
STREET ADDRESS: _8001 Woodland Center Blvd_
CITY, STATE AND ZIP CODE: _Tampa, FL 33614_

EXHIBIT E

**ClearCapital®**

Standard BPO, Interior v2
**15 Yellow Top Ln, Smithtown, NY 11787**

Please Note: This report was completed with the following assumptions: Market Approach: Fair Market Price · Marketing Time: Typical
Important additional information relating to this report, including use and restrictions, is contained in an attached addendum which is an integral
part of this report.

| Address | 15 Yellow Top Ln, Smithtown, NY 11787 | Order ID | 5422298 | Property ID | 22403949 |
|---|---|---|---|---|---|
| Inspection Date | 03/10/2017 | Date of Report | 03/30/2017 | | |
| Loan Number | | APN | | | |
| Borrower Name | GHANI H RIZWAN | | | | |

**Tracking IDs**

| Order Tracking ID | 61916 | Tracking ID 1 | 61916 |
|---|---|---|---|
| Tracking ID 2 | — | Tracking ID 3 | — |

## I. General Conditions

| Property Type | SFR |
|---|---|
| Occupancy | Occupied |
| Ownership Type | Fee Simple |
| Property Condition | Good |
| Estimated Exterior Repair Cost | $0 |
| Estimated Interior Repair Cost | $0 |
| Total Estimated Repair | |
| HOA | No |
| Visible From Street | Visible |

**Condition Comments**

Home and landscaping seem to have been maintained well as noted from doing an exterior drive by inspection. Subject has good functional utility and conforms well within the neighborhood. Area is distant suburban, comp radius expanded to reach most effective comps.

## II. Subject Sales & Listing History

| Current Listing Status | Not Currently Listed |
|---|---|
| Listing Agency/Firm | |
| Listing Agent Name | |
| Listing Agent Phone | |
| # of Removed Listings in Previous 12 Months | 0 |
| # of Sales in Previous 12 Months | 0 |

**Listing History Comments**

no data noted

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|

## III. Neighborhood & Market Data

| Location Type | Suburban |
|---|---|
| Local Economy | Improving |
| Sales Prices in this Neighborhood | Low: $500,000 High: $900,000 |
| Market for this type of property | Increased 3 % in the past 6 months. |
| Normal Marketing Days | <90 |

**Neighborhood Comments**

Home is within an area that is centrally located and where homeowners enjoy easy access to our local conveniences, shopping, schools, parks and other places of interest.

## IV. Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| Street Address | 15 Yellow Top Ln | 17 Yellow Top Ln | 4 Hayloft Ct | 5 Looking Glass Ct |
| City, State | Smithtown, NY | Smithtown, NY | Smithtown, NY | Smithtown, NY |
| Zip Code | 11787 | 11787 | 11787 | 11787 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. | -- | 0.02 [1] | 0.10 [1] | 3.70 [1] |
| Property Type | SFR | SFR | SFR | SFR |
| List Price $ | -- | $810,000 | $919,000 | $759,000 |
| DOM · Cumulative DOM | -- -- | 124 · 180 | 17 · 48 | 43 · 69 |
| Original List Price $ | $ | $875,000 | $919,000 | $779,000 |
| Age (# of years) | 12 | 12 | 12 | 21 |
| Condition | Good | Average | Average | Average |
| Sales Type | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| Style/Design | 2 Stories colonial | 2 Stories colonial | 2 Stories colonial | 2 Stories colonail |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 3,800 | 3,750 | 3,200 | 3,500 |
| Bdrm · Bths · ½ Bths | 5 · 3 · 1 | 5 · 3 · 1 | 5 · 3 · 1 | 4 · 3 · 1 |
| Total Room # | 11 | 10 | 11 | 10 |
| Garage (Style/Stalls) | Attached 3 Car(s) | Attached 2 Car(s) | Attached 2 Car(s) | Attached 2 Car(s) |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 0% | 0% | 0% | 0% |
| Basement Sq. Ft. | 1,800 | 1,700 | 1,800 | 1,700 |
| Pool/Spa | -- | -- | -- | -- |
| Lot Size | 0.53 acres | 0.41 acres | 0.35 acres | 0.49 acres |
| Other | None | None | None | None |

**Listing Comments** Why the comparable listing is superior or inferior to the subject.
**Listing 1** porch patio, near schools, shopping and medical resources, wood floors
**Listing 2** corner lot, wood floors, newer paint and carpets, newer roof and siding
**Listing 3** near all maintained, close to all resources and shopping and schools, newer heating system

* Listing 1 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional
[3] Subject $/ft based upon as-is sale price.

## V. Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| Street Address | 15 Yellow Top Ln | 7 Aberdeen Rd | 9 Wagon Wheel Ct | 2 Greenbelt Ct |
| City, State | Smithtown, NY | Smithtown, NY | Smithtown NY | Smithtown, NY |
| Zip Code | 11787 | 11787 | 11787 | 11787 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. | — | 1.50 † | 0.13 † | 2.64 † |
| Property Type | SFR | SFR | SFR | SFR |
| List Price $ | — | $799,000 | $875,000 | $779,000 |
| Sale Price $ | — | $860,000 | $785,000 | $764,000 |
| Type of Financing | — | Cash | Conv | Unknown |
| Date of Sale | — | 9/2/2016 | 9/2/2016 | 2/28/2017 |
| DOM · Cumulative DOM | — · — | 80 · 93 | 123 · 145 | 136 · 150 |
| Original List Price $ | — | $799,000 | $899,000 | $789,000 |
| Age (# of years) | 12 | 14 | 5 | 10 |
| Condition | Good | Average | Average | Average |
| Sales Type | — | Fair Market Value | Fair Market Value | Fair Market Value |
| Style/Design | 2 Stories colonial | 2 Stories colonial | 2 Stories colonial | 2 Stories colonial |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 3,800 | 4,100 | 4,200 | 3,500 |
| Bdrm · Bths · ½ Bths | 5 · 3 · 1 | 4 · 4 · 1 | 5 · 2 · 2 | 4 · 2 · 1 |
| Total Room # | 11 | 12 | 11 | 10 |
| Garage (Style/Stalls) | Attached 3 Car(s) | Attached 2 Car(s) | Attached 2 Car(s) | Attached 2 Car(s) |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 0% | 0% | 0% | 0% |
| Basement Sq. Ft. | 1,800 | 1,800 | 1,700 | 1,800 |
| Pool/Spa | — | — | — | — |
| Lot Size | 0.53 acres | 0.51 acres | 0.31 acres | 0.8 acres |
| Other | None | None | None | None |
| Adjustment | — | -$15,000 | +$0 | -$30,000 |
| Adjusted Price | — | $845,000 | $785,000 | $734,000 |

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject
**Sold 1** wood floors, fence, porch patio, new roof and siding, close to all services larger lot
**Sold 2** similar size, style and location, newer windows and doors, close to schools
**Sold 3** fence, porch patio, cedar trim, low taxes, close to all area resources larger lot

\* Sold 2 is the most comparable sale to the subject.
† Comp's "Miles to Subject" was calculated by the system.
‡ Comp's "Miles to Subject" provided by Real Estate Professional
§ Subject $/ft based upon as-is sale price

## VI. Repair Addendum

Exterior

|  | Total Estimated Exterior Repairs | $0 |
|---|---|---|

Interior

|  | Total Estimated Interior Repairs | $0 |
|---|---|---|

## VII. Marketing Strategy

|  | As Is Price | Repaired Price |
|---|---|---|
| Suggested List Price | $799,000 | $799,000 |
| Sales Price | $785,000 | $785,000 |

**Comments Regarding Pricing Strategy**

I looked at the sold comps as well as the assessed value of the subject property to help determine the Suggested List Price. *lot size .53 is correct. MLS listing to support 2007 year built and 3800 square feet attached. Also, subject is located in a gated community "Yellow Top Farms" development built 2007. Please not that subject is valued below the adjacent property that is on the market, 6 Hamlet and 120 Windwatch are smaller units, located in an inferior school district, with fewer amenities. 6 Sheppard is a smaller unit in an inferior location with fewer amenities.

## VIII. Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes**   Variance from prior report is due to the GLA being larger than previously reported. GLA is being estimated, but broker has provided a prior MLS sheet to support the GLA he used. Broker's conclusion reflects a market price for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the price conclusion appears to be adequately supported.

© 2017 Clear Capital.com, Inc.

## IX. Property Images

| | | | |
|---|---|---|---|
| Address | 15 Yellow Top Ln, Smithtown, NY 11787 | | |
| Loan Number | | Suggested List $799,000 | Suggested Repaired $799,000 | Sale $785,000 |



Subject   15 Yellow Top Ln          View   Front



Subject   15 Yellow Top Ln          View   Address Verification

**IX. Property Images (continued)**

Address    15 Yellow Top Ln, Smithtown, NY 11787
Loan Number [redacted]    Suggested List $799,000    Suggested Repaired $799,000    Sale $785,000



Subject   15 Yellow Top Ln                    View   Street



Subject   15 Yellow Top Ln                    View   Interior
Comment   "living room"

## IX. Property Images (continued)

**Address**    15 Yellow Top Ln, Smithtown, NY 11787
**Loan** ▮▮▮▮▮▮▮     **Suggested List** $799,000     **Suggested Repaired** $799,000     **Sale** $785,000



**Subject**   15 Yellow Top Ln       **View**   Interior
**Comment**   "dining room"



**Subject**   15 Yellow Top Ln       **View**   Interior
**Comment**   "den"

IX. Property Images (continued)

| Address | 15 Yellow Top Ln, Smithtown, NY 11787 | | | |
|---|---|---|---|---|
| Loan Number | | Suggested List $799,000 | Suggested Repaired $799,000 | Sale $785,000 |



Subject   15 Yellow Top Ln              View   Kitchen



Subject   15 Yellow Top Ln              View   Bathroom

**IX. Property Images (continued)**

| | | | |
|---|---|---|---|
| Address | 15 Yellow Top Ln, Smithtown, NY 11787 | | |
| Loan Number | ▓▓▓ | Suggested List $799,000 | Suggested Repaired $799,000 | Sale $785,000 |



3.11.2017

Subject    15 Yellow Top Ln                    View    Bedroom



3.11.2017

Subject    15 Yellow Top Ln                    View    Interior
Comment    "utilities"

## IX. Property Images (continued)

**Address** 15 Yellow Top Ln, Smithtown, NY 11787
**Loan Number** ▒▒▒    **Suggested List** $799,000    **Suggested Repaired** $799,000    **Sale** $785,000



Subject   15 Yellow Top Ln          View   Bathroom



Subject   15 Yellow Top Ln          View   Bedroom

## IX. Property Images (continued)

**Address** 15 Yellow Top Ln, Smithtown, NY 11787
**Loan Number** ▭        **Suggested List** $799,000        **Suggested Repaired** $799,000        **Sale** $785,000



Subject   15 Yellow Top Ln        View   Bathroom



Subject   15 Yellow Top Ln        View   Bedroom

## IX. Property Images (continued)

Address      15 Yellow Top Ln, Smithtown, NY 11787
Loan Number ▓▓▓▓      Suggested List $799,000      Suggested Repaired $799,000      Sale  $785,000



Subject   15 Yellow Top Ln                    View   Bedroom



Subject   15 Yellow Top Ln                    View   Bathroom

## IX. Property Images (continued)

Address    15 Yellow Top Ln, Smithtown, NY 11787
Loan Number          Suggested List $799,000        Suggested Repaired $799,000        Sale $785,000



Subject    15 Yellow Top Ln                      View    Bedroom



Subject    15 Yellow Top Ln                      View    Side

## IX. Property Images (continued)

Address    15 Yellow Top Ln, Smithtown, NY 11787
Loan [redacted]              Suggested List $799,000          Suggested Repaired $799,000          Sale $785,000



Listing Comp 1    17 Yellow Top Ln                        View    Front



Listing Comp 2    4 Hayloft Ct                        View    Front

### IX. Property Images (continued)

| | | | |
|---|---|---|---|
| Address | 15 Yellow Top Ln, Smithtown, NY 11787 | | |
| Loan Number | Suggested List $799,000 | Suggested Repaired $799,000 | Sale $785,000 |



Listing Comp 3    5 Looking Glass Ct                    View    Front



Sold Comp 1    7 Aberdeen Rd                    View    Front

## IX. Property Images (continued)

Address     15 Yellow Top Ln, Smithtown, NY 11787
Loan Number▓▓▓▓         Suggested List $799,000        Suggested Repaired $799,000        Sale $785,000



Sold Comp 2    9 Wagon Wheel Ct                View    Front



Sold Comp 3    2 Greenbelt Ct                  View    Front

| 15 Yellowtop, Smithtown, NY 11787 | | List Price: $849,000 | |
|---|---|---|---|
| | ML#: 2564545 | Res | 1 Family, Det | LSC: EXP |

| | |
|---|---|
| Sec/Area: Yellowtop Farms | Colonial | Zone: 24 |
| Devel: | Rooms: 8 |
| Schools: 1    Smithtown | Br: 5    MBR 1st Floor: N |
| Taxes: $19,540.87    Vill Tax: | Baths Full: 3 |
| Total Taxes: $19,540.87 | Baths Half: 1 |
| Taxes w/Basic STAR: | Basement: Full |
| Dis:    Sec: 130` | Finished Bsmt: N |
| Block: 2000    Lot: 100 | Lot Size: - |
| Adult Comm: N    Gated Prop: | Lot Sqft: 0 |
| Beach Rts:    Dock Rts: | Zoning: |

Cross Street: Plaisted                                                        Walk Score®: 32

Directions: Smithtown Bypass To Plaisted To Yellowtop

Remarks: Immaculate 3800 Sq Ft Home, Largest In This Development. Smithtown Sd, 3 Car Garage & 6 Car Driveway. Chef's Kitchen W/Granite Countertops & Stainless Steel Top Of The Line Appliances, French Doors, 2 Story Wood Staircase. 5 Bedrooms, 3 1/2 Baths, Maid's Quarters, Large Master Br Suite, Huge Property

Property Description: Immaculate 3800 Sq Ft Home, Largest In This Development. Smithtown Sd, 3 Car Garage & 6 Car Driveway. Chef's Kitchen W/Granite Countertops & Stainless Steel Top Of The Line Appliances, French Doors, 2 Story Wood Staircase. 5 Bedrooms, 3 1/2 Baths, Maid's Quarters, Large Master Br Suite, Huge Property

| Property Info | Rooms/Interior | Appliances/Utilities | Exterior |
|---|---|---|---|
| Appx Yr Built: 2007 | # Kitchens: 1 | Stove: Y | Garage: 3, Att |
| New Constr: N | Eat In Kitchen: Y | Refrigerator: Y | Driveway: Pvt |
| Construction: Brick | DiningRm: Formal | Dishwasher: Y | Porch: |
| Front Expose: | Den/Fam Rm: Y | Washer: Y | Patio: |
| Cul-De-Sac:    Corner: | Office: Y | Dryer: Y | Deck: |
| Horse Prop: | Attic: Y | A/C: Cac | Pool: N |
| Appearance: Diamond | Apx Int Sqft: 3800 | CAC Zones: 6 | Tennis Ct: |
| Waterfront: N | Wood Flrs: Y | Heat: Gas, Hw | Ing Sprink: Yes |
| Waterview: N | W/W Carpet: | Heat Zones: 2 | Building Size: |
| Water Frtage: | Fireplaces: 1 | Sep HW Heater: | Water: Public |
| Bulkhead: | Skylight: | Permit: | Sewer: Y |

Bsmt/Subfl: Full Unfinished

1st Floor: Lr, Fdr,Eik,Den W/Fplc, Fbth,1/2 Bth, Maid Quar W/Fbth

2nd Floor: 3 Lg Bdrms, Lots Of Closets, Mbrm Ste W/Full Bath

3rd Floor:

Personal Property Exclusions:

Energy Efficient Feature: N

| | | |
|---|---|---|
| | | Also For Rent: Y, 6500 |
| | | Rental Income: |
| | | Short Sale: N |
| | | REO: N |
| | | Supersedes ML#: |

| | | |
|---|---|---|
| List Date: 3/12/2013 | Sold Price: | Org. LP: $849,000 |
| Exp Date: 10/17/2013 | % Difference: | Prior LP: |
| UC Date: | Mortgage Type: | List Price: $849,000 |
| Prop Title Dte: | Final Mort: | Contr Price: |
| Title Date: | DOM: | Owner Finance: |
| | | Brkr/Agent Own: |

Sell Agcy Comp: 0

Buyer Agcy Comp: 2

Brkr Agcy Comp: 2

List Brkr Comp (For Rental): 50% 1 Mo

Buyer Exclusions: N

Offers of compensation are for MLSLI Participants only.

| List Broker: Century 21 AA Realty ( A-A02) | 516-826-8100 | Owner: Rizwan |
|---|---|---|
| List Agent: Towne, Lisa | 516-826-8100 | Purchaser: |
| | | Moved From: |



**ClearMaps Addendum**

| Address | ☆ 15 Yellow Top Ln, Smithtown, NY 11787 | | |
|---|---|---|---|
| Loan Number | Suggested List $799,000 | Suggested Repaired $799,000 | Sale $785,000 |

SUBJECT: 15 Yellow Top Ln, Smithtown, NY 11787

| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ☆ | Subject | 15 Yellow Top Ln, Smithtown, NY | -- | Parcel Match |
| L1 | Listing 1 | 17 Yellow Top Ln , Smithtown, NY | 0.02 Miles [1] | Parcel Match |
| L2 | Listing 2 | 4 Hayloft Ct , Smithtown, NY | 0.10 Miles [1] | Parcel Match |
| L3 | Listing 3 | 5 Looking Glass Ct , Smithtown, NY | 3.70 Miles [1] | Parcel Match |
| S1 | Sold 1 | 7 Aberdeen Rd , Smithtown, NY | 1.50 Miles [1] | Parcel Match |
| S2 | Sold 2 | 9 Wagon Wheel Ct , Smithtown, NY | 0.13 Miles [1] | Parcel Match |
| S3 | Sold 3 | 2 Greenbelt Ct , Smithtown, NY | 2.64 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)

The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

## Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.

Interior report: This assignment requires an interior inspection of the property. To schedule the inspection, please contact the interior access name and number within four hours of accepting this report.

If incorrect information is provided or there is no access information, please check your local MLS and contact the listing agent for this property. If a lock box code or key code is provided, please inspect the property within 48 hours of acceptance. If you experience any of the below issues, contact Clear Capital Broker Support within 24 hours so we can assist you with the completion of this report:

1. Unable to reach the Point of Contact (POC) - please reach out to the POC a minimum of 2 times before contacting Clear Capital
2. Difficulties scheduling an appointment.
3. Lock Box/Key Code Issues (Lock Box not on the property, code does not work)
4. An appointment has been made but it is past your due date and time

Purpose: Fair Market Price
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

Comparable Requirements
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean.

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions

We greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, do not accept this report. Per the BPO Standards and Guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.

1. Please use the subject characteristics provided in the report Grid (if we preloaded them) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies please explain in the narrative of the report.
2. Include sufficient detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as amenities, parks, schools, commercial, or industrial influences, etc.
3. Please do not approach the occupants or owners.
4. If the subject is a commercial property, please contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report.
5. If the subject property is currently listed on the market, please attach the MLS sheet.
6. If a dispute is opened after an order has closed, you will be required to make revisions or comments within 24 hours of being contacted by email or phone.br /> 7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.

1. One current, original photo of the front of the subject
2. One address verification photo
3. One street scene photo looking down the street
4. At least 8 interior photos - one of each room, and any glaring items that affect the valuation of the property positively or negatively.
5. MLS listing and sold comp photos required, please comment if no MLS.
Digital Photos Required

© 2017 ClearCapital.com, Inc.

## Broker Information

| | | | |
|---|---|---|---|
| Broker Name | Mike Hagen | Company/Brokerage | American Way Real Estate |
| License No | 40HA0927082 | | |
| License Expiration | 04/04/2019 | License State | NY |
| Phone | 6313313100 | Email | mikehage@optonline.net |
| | | Date Signed | 03/30/2017 |

By confirming the above contact and real estate license information and submitting this report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price disclosure. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this subject report. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I will not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, mental status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by law. 8) I maintain errors and omissions insurance to the extent required by statute, for a (illegible) distribution of the (illegible) of the Valuation Report

## Disclaimer

This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). It is not to be construed as an appraisal and may not be used as such for any purpose.

Unless otherwise specifically agreed to in writing:
The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.